IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATIE L HARDY,

    Plaintiff,

v.                                                                                          CASE NO. 1:06-cv-00116-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that the Defendant's motion to remand this matter pursuant to Sentence Six of Section 405(g) be granted. No objections have been filed, and the time for doing so has passed. It is hereby.

**ORDERED AND ADJUDGED:**

1. This action is remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g). Upon receipt of the Court's remand order, the Appeals Council will remand the case to an Administrative Law Judge for a de novo hearing.

2. No judgment should be entered at this time, and the parties shall file a status report on or before March 13, 2006, advising the Court of the status of the remand.

**DONE AND ORDERED** this _22nd_ day of December, 2006

                                      *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge